BENJAMIN K. RILEY (SBN 112007)
  briley@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff RICARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC. | Case No. 3:23-mc-80122<br><br>(Originating Case: S.D. Fla. 1:22-cv-24262-RKA)<br><br>**DECLARATION OF KERRY L. DUFFY IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA**<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm.: TBD |

I, Kerry L. Duffy, declare as follows:

1.  I am an attorney duly licensed to practice in the State of California, and admitted to appear before this Court.  I am a Principal at the law firm of Bartko Zankel Bunzel & Miller, attorneys of record for Plaintiff Riccardo Silva ("Plaintiff" or "Mr. Silva").  I have personal knowledge of the facts set forth herein, except where it is stated as to information and belief, and if called as a witness, I could and would competently testify thereto.

2.  I make this declaration in support of Plaintiff's Motion to Compel Third-Party X Corp., the successor in interest to Twitter, Inc. ("Twitter") to Respond to Subpoena, filed concurrently herewith.

3. On April 3, 2023, a subpoena was served on Twitter, Inc.[1] ("Twitter") issued out of the Northern District of California in connection with a pending case in the United States District Court for the Southern District of Florida under Case No. 1:22-cv-24262-RKA ("Florida Lawsuit"), with the place of compliance in San Francisco, California (the "Subpoena").

4. Under this Court's Local Rule 37, I met and conferred telephonically with counsel for Twitter, Jon Hawk, Esq., on April 17, 2023 regarding Twitter's objections to the Subpoena.

5. I am informed and believe that Plaintiff's Florida counsel, Adam Stolz, had previously engaged in extensive discussions with Mr. Hawk in regard to that Subpoena, as well as a prior subpoena directed at Twitter on the same subject matter, as detailed in the Declaration of Adam Stolz, which is filed concurrently herewith.

6. I spoke with Mr. Hawk to discuss whether there was any means of resolving Twitter's failure to produce the requested discovery sought via the Subpoena. Mr. Hawk reiterated Twitter's remaining objection on First Amendment grounds, taking the position that this is an issue for consideration and resolution by a Court, and that Twitter cannot comply with the Subpoena absent a Court Order directing compliance.

7. During our meet and confer discussion, Mr. Hawk confirmed that Twitter had provided notice of the Subpoena to the Doe Defendant(s) (*i.e.*, the user(s) or subscriber(s) who own(s) and operate(s) the Twitter handle or account, u/SOSSilva7, who made the defamatory statements at-issue in the Florida Litigation), and also confirmed that Twitter would provide the Doe Defendant(s) with copies of all filings related to this motion to compel in regard to the Subpoena.

---

[1] I understand that "X Corp" is the successor in interest to Twitter, Inc., and is the entity objecting to the Subpoena. To avoid confusion, all references herein are to "Twitter."

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This Declaration was executed this 20th day of April 2023, in El Dorado Hills, California.

/s/ *Kerry L. Duffy*
Kerry L. Duffy