BENJAMIN K. RILEY (SBN 112007)
  briley@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Case No. 4:23-mc-80122<br><br>(Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA)<br><br>**CERTIFICATE OF SERVICE** |

3036.000/1840501.1

# CERTIFICATE OF SERVICE

I, Maggie Lopez, hereby certify that on this 21st day of April, 2023, a copy of the foregoing

- **PLAINTIFF RICCARDO SILVA'S NOTICE OF MOTION AND MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA; MEMORANDUM IN SUPPORT;**

- **DECLARATION OF ADAM STOLZ IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA;**

- **DECLARATION OF KERRY L. DUFFY IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA; AND**

- **[PROPOSED] ORDER GRANTING PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA**

was served via hand delivery/e-mailed, on the following:

| | |
|---|---|
| Twitter, Inc.<br>c/o CT Corporation System (registered agent)<br>330 N. Brand Blvd.<br>Glendale, CA 91203 | Agent for Service of Process<br>TWITTER, INC.<br>**VIA HAND DELIVERY** |
| PAUL THANASIDES<br>MCINTYRE THANASIDES<br>500 E Kennedy Blvd Ste. 200<br>Tampa, FL 33602<br>Tel: (813) 223-0000<br>Email: Paul@mcintyrefirm.com | Attorneys for<br>MOBILE BILLBOARDS, INC.<br>(Defendant in *Silva v. Doe 1, et al.*, S.D. Fla., Case No. 1:22-cv-24262-RKA)<br>**VIA EMAIL** |

**BY HAND DELIVERY:** I caused a copy of the document(s) to be sent via hand delivery by First Legal Services to the person(s) at the addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/ / /

/ / /

/ / /

/ / /

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mlopez@bzbm.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 21, 2023, at San Francisco, California.

_____
Maggie Lopez

| Attorney or Party without Attorney:<br>KERRY L. DUFFY (SBN 233160)<br>BARTKO ZANKEL BUNZEL & MILLER<br>ONE EMBARCADERO CENTER SUITE 800<br>SAN FRANCISCO , CA 94111<br>   Telephone No: (415) 956-1900<br>   Attorney For:  Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: IN RE: |
|---|
| Defendant: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-mc-80122 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the PLAINTIFF RICCARDO SILVA'S NOTICE OF MOTION AND MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA; MEMORANDUM IN SUPPORT; [PROPOSED] ORDER GRANTING MOTION; DECLARATION OF ADAM STOLZ IN SUPPORT OF MOTION; DECLARATION OF KERRY L. DUFFY IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE

3.  a.  Party served:        TWITTER, INC.
    b.  Person served:    DAISY MONTENEGRO, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4.  Address where the party was served:   330 NORTH BRAND BOULEVARD SUITE 700, GLENDALE, CA 91203

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 21 2023 (2) at: 12:40 PM

6.  **Person Who Served Papers:**
    a. Douglas Forrest (5141, Los Angeles)           d. **The Fee** for Service was:
    b. FIRST LEGAL
       200 WEBSTER STREET, SUITE 201
       OAKLAND, CA 94607
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                    04/21/2023
                                     (Date)                                (Signature)



PROOF OF SERVICE

8751324
(7983684)

4