BENJAMIN K. RILEY (SBN 112007)
  briley@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Case No. 4:23-mc-80122-DMR<br><br>(Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA)<br><br>**PLAINTIFF RICCARDO SILVA'S NOTICE OF HEARING OF MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA**<br><br>Date:   June 8, 2023<br>Time:   1:00 p.m.<br>Ctrm.:  4, 3rd Floor<br>Judge:  Chief Magistrate Judge Donna M. Ryu |

1 **TO ALL PARTIES, THIRD-PARTY X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC., AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 8, 2023, at 1:00 p.m., or as soon thereafter as this matter may be heard, in the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, before Chief Magistrate Judge Donna M. Ryu, Plaintiff Ricardo Silva ("Plaintiff") will move, and hereby does move, for an order compelling Third-Party X Corp., successor in interest to Twitter, Inc. ("Twitter"), to comply with Plaintiff's subpoena served on Twitter on April 3, 2023 (the "Subpoena"). In accordance with Magistrate Judge Ryu's *Notice re Telephonic Appearance Procedures*, all civil motion hearings are conducted by Zoom unless otherwise indicated. This proceeding will be held by Zoom, via Zoom link: https://canduscourts.zoomgov.com/j/1612787819?pwd=SDRMY3hvT1FkOGx5ZUpPcTBSaFRpdz09, Webinar ID: 161 278 7819, Password: 053378.

The Motion to Compel is brought pursuant to Rules 26, 37 and 45 of the Federal Rules of Civil Procedure, and the applicable Local Rules of this Court, on the grounds that counsel for Plaintiff and Twitter met and conferred in good faith pursuant to Civil Local Rule 37, but were unable to resolve Twitter's First Amendment objection. Specifically, Twitter maintains that it cannot comply with the Subpoena absent a Court Order directing compliance, asserting that a Court must first conduct a First Amendment analysis of the requested discovery, including whether Mr. Silva has satisfied the applicable standard regarding the qualified right to anonymous speech under the First Amendment to the United States Constitution.

The Motion to Compel is based on this Notice of Motion, which Notice is being issued following assignment of this Miscellaneous Action to Chief Magistrate Judge Ryu, as well as the following documents previously filed on April 20, 2023 and personally served on Twitter's California Registered Agent for Service of Process on April 21, 2023, consisting of: (i) Plaintiff's Notice of Motion and Motion to Compel Third-Party Twitter to Respond to Subpoena and Memorandum in Support (Dkt. No. 1); (ii) Declaration of Adam Stolz and all exhibits thereto (Dkt. No. 1-1); (iii) Declaration of Kerry L. Duffy (Dkt. No. 1-2); and (iv) all cited authorities, all files and records in the underlying litigation currently pending in the U.S. District Court for the

1  Southern District of Florida, *Silva v. John Doe 1, et al.*, Case No. 1:22-cv-24262-RKA, any
2  additional matters as may be judicially noticed by the Court, and on the oral argument and any
3  other evidence that may come before the Court prior to or during the hearing on this Motion to
4  Compel.

5  DATED:  May 1, 2023                          BARTKO ZANKEL BUNZEL & MILLER
                                                A Professional Law Corporation
6

7
                                        By:     /s/ *Kerry L. Duffy*
8                                               Kerry L. Duffy
9                                               Attorneys for Plaintiff RICCARDO SILVA