BENJAMIN K. RILEY (SBN 112007)
  *briley@bzbm.com*
KERRY L. DUFFY (SBN 233160)
  *kduffy@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Case No. 4:23-mc-80122-DMR<br><br>(Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA)<br><br>**CERTIFICATE OF SERVICE** |

3036.000/1840501.1

## CERTIFICATE OF SERVICE

I, Kerry L. Duffy, hereby certify that on this 1st day of May, 2023, a copy of the foregoing

- **PLAINTIFF RICCARDO SILVA'S NOTICE OF HEARING OF MOTION TO COMPEL THIRD-PARTY TWITTER, INC. TO RESPOND TO SUBPOENA**

was e-mailed, on the following:

| | |
|---|---|
| JONATHAN J. HAWK<br>WHITE & CASE LLP<br>555 South Flower Street Ste. 2700<br>Los Angeles, CA 90071<br>Tel: (213) 620-7741<br>Email: jhawk@whitecase.com | Attorneys for<br>*X CORP., Successor in Interest to*<br>TWITTER, INC.<br>**VIA EMAIL** |
| PAUL THANASIDES<br>MCINTYRE THANASIDES<br>500 E Kennedy Blvd Ste. 200<br>Tampa, FL 33602<br>Tel: (813) 223-0000<br>Email: Paul@mcintyrefirm.com | Attorneys for<br>MOBILE BILLBOARDS, INC.<br>(Defendant in *Silva v. Doe 1, et al.*, S.D. Fla.,<br>Case No. 1:22-cv-24262-RKA)<br>**VIA EMAIL** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kduffy@bzbm.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on May 1, 2023, at El Dorado Hills, California.

*Kerry Duffy*
_____
Kerry L. Duffy