1  BENJAMIN K. RILEY (SBN 112007)
     briley@bzbm.com
2  KERRY L. DUFFY (SBN 233160)
     kduffy@bzbm.com
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6
   Attorneys for Plaintiff
7  RICCARDO SILVA

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13  | | |
    |---|---|
    | | Case No. 4:23-mc-80122-DMR |
    | *IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | (Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA) |
    | | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

3036.000/1843661.1

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATED: May 1, 2023                    BARTKO ZANKEL BUNZEL & MILLER
                                      A Professional Law Corporation


                                      By:      /s/ *Kerry L. Duffy*
                                           Kerry L. Duffy
                                           Attorneys for Plaintiff RICCARDO SILVA