1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for X CORP., as successor in
   interest to Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE:  SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Case No. 4:23-mc-80122-DMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that J. Jonathan Hawk of the law firm of White & Case, LLP, appears as counsel for X CORP., as successor in interest to Twitter, Inc. in the above styled action. All parties are requested to forward copies of all pleadings and correspondence to the undersigned counsel.

Dated:  May 4, 2023                                             WHITE & CASE LLP

                                                                By: _/s/ __ J. Jonathan Hawk____
                                                                        J. Jonathan Hawk

                                                                Attorneys for X CORP., as successor in interest to Twitter, Inc.

1

NOTICE OF APPEARANCE;
4:23-MC-80122-DMR