1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for X CORP., as successor in
   interest to Twitter, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE:  SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Case No. 4:23-mc-80122-DMR<br><br>**DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF RESPONSE OF X CORP. TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Date:   June 8, 2023<br>Time:  1 p.m.<br>Ctrm.: 4, 3rd Floor<br>Judge: Chief Magistrate Judge Donna M. Ryu |

**DECLARATION OF J. JONATHAN HAWK**

I, J. Jonathan Hawk, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and a partner at the law firm of White & Case LLP, attorneys of record for X Corp., as successor in interest to Twitter, Inc. ("Twitter"). I submit this declaration in support of Twitter's Response to Plaintiff's Motion to Compel.

2. On April 13, 2023, I met and conferred with counsel for Plaintiff, Adam Stolz. I separately met and conferred with Plaintiff's counsel, Kerry Duffy, on April 17, 2023. During those discussions, I explained Twitter's objections to their client's amended subpoena at-issue in the motion, attached to Mr. Stolz's declaration as Exhibit 6.

3. Plaintiff's counsel and I agreed that, in connection with our discussion, Plaintiff would limit his request for an order from this Court seeking only certain categories of data set forth in the amended subpoena. Specifically, Plaintiff's counsel agreed that Plaintiff is seeking a Court order to have Twitter produce <u>only</u> basic subscriber information and IP logs, i.e., first name, last name, email address, phone number if entered, and IP logs, to the extent they exist, that are associated with the Twitter account @SOSSilva7.

4. Plaintiff's counsel agreed that Petitioners will <u>not</u> seek an order as to any other categories of data in the amended subpoena.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 4, 2023, at Los Angeles, California.

                                                                       _/s/ J. Jonathan Hawk_
                                                                          J. Jonathan Hawk