1  BENJAMIN K. RILEY (SBN 112007)
     briley@bzbm.com
2  KERRY L. DUFFY (SBN 233160)
     kduffy@bzbm.com
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6
   Attorneys for Plaintiff
7  RICCARDO SILVA

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12

| | |
|---|---|
| *IN RE: SUBPOENA TO REDDIT, INC.* | Case No. 4:23-mc-80119-DMR / Case No. 4:23-mc-80122-DMR<br><br>(Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA)<br><br>**NOTICE OF WITHDRAWAL OF MOTIONS TO COMPEL; STIPULATION; [PROPOSED] ORDER**<br><br>[Local Rule 7-7(e)] |
| *IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.* | Hearing Date: June 8, 2023<br>Time:         1:00 p.m.<br>Courtroom:    4, 3rd Floor<br>Judge:        Chief Magistrate Judge Ryu |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7-7(e), Plaintiff Riccardo Silva ("Plaintiff") hereby withdraws his: (i) Motion to Compel Non-Party Reddit, Inc. ("Reddit") to respond to Subpoena, filed on April 19, 2023 (Dkt. No. 1) ("Reddit Motion to Compel"); and (ii) Motion to Compel Non-Party X Corp., successor in interest to Twitter, Inc. ("Twitter") to respond to Subpoena, filed on April 20, 2023 (Dkt. No. 1) ("Twitter Motion to Compel"), without prejudice to Plaintiff's right to re-file and re-notice these motions at a later date in the assigned cases.

On May 8, 2023, Magistrate Judge Westmore issued an order relating Case No. 4:23-mc-80119-KAW and Case No. 4:23-mc-80122-DMR, with both cases assigned to the Honorable Donna M. Ryu (Dkt. Nos. 9 and 10). Plaintiff had noticed a hearing for the Twitter Motion to Compel to be heard in this Court on June 8, 2023 at 1:00 p.m. (Dkt. No. 6). No hearing date has yet been noticed in the Reddit Matter.

However, Plaintiff has just learned certain facts relating to the publication of the defamatory statements against him, including facts relating to the man who hired the defamatory mobile billboard and who was likely also involved in publishing the defamatory Twitter and Reddit posts. Plaintiff will develop those facts and intends to file an Amended Complaint in the pending lawsuit in the Southern District of Florida under Case No. 1:22-cv-24262-RKA ("Florida Lawsuit"), which will affect the arguments raised in the Reddit and Twitter Motions to Compel.

In light of these circumstances, Plaintiff respectfully requests that this Court remove from the calendar the hearing on the Twitter Motion to Compel currently scheduled for June 8, 2023. If necessary, Plaintiff will re-file and re-notice the Reddit and Twitter Motions to Compel including any supplemental information. Plaintiff will also notify the Court in the event that matters proceed in the Florida Lawsuit which obviate the need for the Reddit and Twitter Motions to Compel.

There is no objection to this relief, as counsel for Reddit and Twitter have stipulated below.

1  DATED:  May 9, 2023	BARTKO ZANKEL BUNZEL & MILLER
2 	A Professional Law Corporation

4 	By:	*/s/ Kerry L. Duffy*
 		Kerry L. Duffy
5 		Attorneys for Plaintiff RICCARDO SILVA

## STIPULATION

WHEREAS, the Court has issued an order relating the action entitled *In re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW ("Reddit Action") to the action entitled *In re: Subpoena to X Corp., Successor in Interest to Twitter, Inc.*, Case No. 4:23-mc-80122-DMR (the "Twitter Action"), and has re-assigned the Reddit Action to the Honorable Donna M. Ryu.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiff Riccardo Silva, Non-Party Reddit, Inc., and Non-Party X Corp., Successor in Interest to Twitter, Inc., through their respective attorneys, subject to this Court's approval:

1. That the previously filed Motions to Compel in the Twitter Action and the Reddit Action are hereby withdrawn, and the June 8, 2023 hearing currently set in the Twitter Action before the Honorable Donna M. Ryu be removed from the calendar, with the understanding that Plaintiff may refile and re-notice the Motions to Compel in the Reddit and Twitter Actions as necessary at a later time.

DATED: May 9, 2023

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: _____/s /Kerry L. Duffy_____
Kerry L. Duffy
Attorneys for Plaintiff RICCARDO SILVA

DATED: May 9, 2023

PERKINS COIE
A Limited Liability Partnership

By: _____/s/ Doris Alvarez-Reyes_____
Doris Alvarez-Reyes
Attorneys for Non-Party Reddit, Inc.

DATED: May 9, 2023

WHITE & CASE
A Limited Liability Partnership

By:     */s/ J. Jonathan Hawk*
      J. Jonathan Hawk
      Attorneys for Non-Party X Corp., Successor in Interest to Twitter, Inc.

I hereby attest that the other signatories listed above, and on whose behalf this is submitted concurs in the content of and has authorized this filing.

      */s /Kerry L. Duffy*
      Kerry L. Duffy

**ORDER**

Having read the above submission and stipulation, and good cause appearing, it is hereby ordered that the previously filed Reddit Motion to Compel and Twitter Motion to Compel are hereby withdrawn without prejudice to being re-filed and re-noticed as necessary at a later date, with the hearing on the Twitter Motion to Compel currently set for June 8, 2023 in this Court to be removed from the calendar.

**IT IS SO ORDERED.**

DATED: _____, 2023

      _____
      United States Magistrate Judge